IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 16-cr-00008 MSK-1

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. **JAQUON MUCSARNEY**,
2. SCHOSCHE MUCSARNEY, and
3. SHERRY CHARLESTON,

    Defendants.

---

**MOTION FOR HEARING TO DETERMINE THE MENTAL COMPENTENCY OF MR. MUCSARNEY**

---

COMES NOW Jaquon Mucsarney, by and through undersigned counsel, hereby files this motion for hearing to determine the mental competency of Mr. Mucsarney pursuant to 18 U.S.C.A. §4241(a).  Counsel filed previously a Motion to Transfer Custody (Document #72), indicating therein that Mr. Mucsarney indicated that he was not being provided Seroquel at FCI, despite having been provided that medication at GEO.  Conference with Mr. Mucsarney today revealed him to be nearly catatonic.  Counsel would ask for a hearing forthwith.

RESPECTFULLY SUBMITTED, this 17th day of June, 2016.

                                                s/Gregory Daniels
                                                Gregory Daniels
                                                1159 Delaware Street
                                                Denver, CO 80204
                                                Telephone:  303.863.7436
                                                Facsimile:  720.947.9666

Email:  gdaniels@gdanlaw.com  
ADVISORY Counsel for Mr. Mucsarney

**CERTIFICATE OF SERVICE**

I hereby certify that on this 17th day of June 2016, I electronically filed the foregoing **MOTION FOR HEARING TO DETERMINE THE MENTAL COMPENTENCY OF MR. MUCSARNEY** with the Clerk of the Court using the CM/ECF system, which will send notification to all counsel of record.

<em>s/ Gregory Daniels</em>